ORIGINAL

EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

MARSHALL SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3  SEP 14 2007
at ___ o'clock and 25 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 07-00462 JMS |
| | ) | |
| Plaintiff, | ) | UNITED STATES OF AMERICA'S |
| | ) | APPEAL OF U.S. MAGISTRATE JUDGE |
| vs. | ) | LESLIE E. KOBAYASHI'S ORAL |
| | ) | ORDER GRANTING DEFENDANT'S |
| AUSTIN M. DENG, | ) | ORAL MOTION TO DISMISS CITATION |
| | ) | NO. R 3139586; CERTIFICATE OF |
| Defendant. | ) | SERVICE |
| | ) | |

**UNITED STATES OF AMERICA'S APPEAL OF
U.S. MAGISTRATE JUDGE LESLIE E. KOBAYASHI'S
ORAL ORDER GRANTING DEFENDANT'S ORAL
<u>MOTION TO DISMISS CITATION NO. R 3139586</u>**

The United States of America hereby appeals United States Magistrate Judge Leslie E. Kobayashi's oral order of September 5, 2007, granting the defendant's oral motion to

dismiss citation number R 3139586.  This appeal is made pursuant Federal Rule of Criminal Procedure 58(g)(2).

Dated: September 14, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Marshall Silverberg
MARSHALL SILVERBERG
Assistant U.S. Attorney

2

**CERTIFICATE OF SERVICE**

I hereby certify that September 14, 2007, a true and correct copy of the foregoing document was served by first class mail, return receipt requested, to the defendant at the following address:

>  Austin M. Deng
>  1060 Kamehameha Highway
>  Apt. No. 2601B
>  Pearl City, HI 96782

and by hand-delivery to:

>  Alexander Silvert
>  First Assistant Federal Public Defender
>  300 Ala Moana Blvd.
>  Honolulu, HI 96850

DATED: September 14, 2007, at Honolulu, Hawaii.

_____
Cheri Abing
U.S. Attorney's Office
District of Hawaii