# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### DISTRICT OF HAWAII
300 ALA MOANA BLVD.
UNIT 50129
HONOLULU, HAWAII 96850

SUE BEITIA  
CLERK

PHONE (808) 541-1300  
FAX     (808) 541-1303

September 17, 2007

In re: USA vs. **AUSTIN M. DENG**

Citation No. [x] Criminal No. [x] **CR 07-00462 JMS; Cit.# R 3139586**

Dear Counsel:

A Notice of Appeal has been filed in the above-named case on September 14, 2007. A copy of the local rules governing Appeals from Misdemeanor Conviction by Magistrate Judge is attached for your reference; please comply.

Also enclosed is a transcript designation form; please complete the form, file the original with the Clerk's Office, and serve respective court reporters.

If you have further questions, please feel free to call.

Sincerely,

SUE BEITIA, Clerk

By _____  
Deputy Clerk

Encl.

cc: U.S. Attorney