# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form for **Misdemeanor Cases**

U.S. District Court Case No. _____

Case Title: USA vs. _____

Date Notice of Appeal Filed: _____

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Please check one:

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( )   As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained an delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: _____

Estimated date for completion of transcript: _____

Signature _____   Phone Number _____

Address: _____