In the case of an oral or written order detaining or releasing a defendant, the district court on request of any party shall hear the appeal on the same day the magistrate judge ordered the detention or release except for good cause in which case the appeal shall be heard within twenty-four (24) hours.

## CrimLR 57.9　APPEARANCE AND WITHDRAWAL OF RETAINED COUNSEL

An attorney who has been retained and has appeared in a criminal case may thereafter withdraw only upon notice to the defendant and all parties and upon an order of court finding that good cause exists and granting leave to withdraw. Until such leave is granted, the retained attorney shall continue to represent the defendant until the case is dismissed, the defendant is acquitted, or, if convicted, the time for making post-trial motions and for filing notice of appeal, as specified in Fed.R.App.P. 4(b), has expired and until counsel has satisfied the requirements of Fed.R.App.P. 3(d), Appendix.

## CrimLR 58.1　MAGISTRATE JUDGES; DISPOSITION OF MISDEMEANOR CASES—18 U.S.C § 3401

A magistrate judge may:

(a) Try persons accused of, and sentence persons convicted of, misdemeanors committed within this district in accordance with 18 U.S.C. § 3401;

(b) Direct the probation service of the court to conduct a presentence investigation in any misdemeanor case;

(c) Conduct a jury trial in any misdemeanor case where the defendant so requests and is entitled to trial by jury under the Constitution and Laws of the United States;

(d) Dispose of minor offenses which are transferred to this district under Fed.R.Crim.P. 20.

## CrimLR 58.2　TRIAL OF MISDEMEANOR OFFENSES

Subject to the limitation of 18 U.S.C. § 3401, magistrate judges are specifically designated to try persons accused of, and sentence persons convicted of, misdemeanor offenses committed within this district. In addition, magistrate judges may dispose of misdemeanor offenses which are transferred to this district under Fed.R.Crim.P. 20.

## CrimLR 58.3　APPEAL FROM MISDEMEANOR CONVICTION BY MAGISTRATE JUDGE

(a) **Notice of Appeal.** Pursuant to 18 U.S.C. § 3402 and Fed.R.Crim.P. 58(g)(2), a defendant who has been convicted by a magistrate judge may appeal to a district judge by filing a notice of appeal within ten (10) days after entry of judgment.

(b) **Record.** The record on appeal shall consist of the original papers and exhibits filed with the court and the mechanical or stenographic recording of the proceedings. If a reporter was in attendance before the magistrate judge, a transcript, if desired, shall be ordered as prescribed by Fed.R.App.P. 10(b). The magistrate judge may, if requested, order that a transcript be prepared from a mechanical recording in which case the transcript will be prepared as directed by the magistrate judge.

Within thirty (30) days after a transcript has been ordered, the original and one copy shall be filed with the magistrate judge and all recordings shall be returned to the magistrate judge. All other documents and exhibits shall be held by the magistrate judge pending the receipt of the transcript.

Upon receipt of the transcript, the record on appeal shall be deemed complete and the magistrate judge shall forthwith transmit the record to the clerk.

If no transcript is ordered within ten (10) days after the notice of appeal is filed or if the parties advise the magistrate judge that no transcript will be ordered, the record on appeal shall be deemed complete and the magistrate judge shall forthwith transmit the record to the clerk without a transcript.

(c) **Assignment to a District Judge.** The clerk at the time of filing of the record shall assign the appeal to a district judge in the same manner as any indictment and shall notify the parties of the filing of the record and of the time for filing of briefs in accordance with this rule.

(d) **Abbreviated Appeals.** An "abbreviated appeal" may be taken, if elected by the appellant, in which case the appeal will be considered without briefs. In the case of an abbreviated appeal, the appellant shall make an election to proceed by abbreviated appeal at the time of filing notice of appeal and may do so by including the election as part of the notice.

(e) **Briefs.** When the appellant has not elected to proceed without briefs by an "abbreviated appeal," the appellant shall serve and file a brief within twenty-one (21) days after the filing of the record with the clerk. The appellee shall serve and file a responsive brief within twenty-one (21) days after service of the brief of the appellant. The appellant may serve and file a reply brief within seven (7) days after service of the brief of the appellee. Each brief shall not exceed twenty (20) pages in length unless otherwise ordered by the court. These periods may be altered by order of the assigned district judge.

(f) **Notice of Hearing.** Oral argument may be scheduled by order of the court.

# CHAPTER III. ADMIRALTY RULES

## A.1 SCOPE

The local admiralty rules apply only to civil actions that are governed by Fed.R.Civ.P., Supp.R. A (Supplemental Rule or Rules). All other local rules are applicable in these cases, but to the extent that another local rule is inconsistent with the applicable local admiralty rules, the local admiralty rules shall govern.

## A.2 OFFICERS OF COURT

As used in the local admiralty rules, "judicial officer" means a district judge or a magistrate judge; "clerk "means the Clerk of the District Court and includes deputy clerks; and "marshal" means United States Marshal and includes deputy marshals.

## B.1 AFFIDAVIT THAT DEFENDANT IS NOT FOUND WITHIN THE DISTRICT

The affidavit required by Fed.R.Civ.P., Supp.R. B(1) to accompany the complaint shall list the efforts made by and on behalf of plaintiff to find and serve the defendant within the district.

## C.1 UNDERTAKING IN LIEU OF ARREST

If, before or after commencement of suit, plaintiff accepts any written undertaking to respond on behalf of the vessel or other property sued in return for his foregoing the arrest or stipulating to the release of such vessel or other property, the undertaking shall become a defendant in place of the vessel or other property sued and be deemed referred to under the name of the vessel or other property in any pleading, order or judgment in the action referred to in the undertaking. The preceding shall apply to any such undertaking, subject to its own terms and whether or not it complies with local rules and has been approved by a district judge or clerk.

## C.2 INTANGIBLE PROPERTY

The summons issued pursuant to Fed.R.Civ.P., Supp.R. C(3) shall direct the person having control of intangible property to show cause no later than ten (10) days after service why the intangible property should not be delivered to the court to abide the judgment. A judicial officer for good cause shown may lengthen or shorten the time. Service of the summons has the effect of an arrest of the intangible property and brings it within the control of the court. The person who is served may deliver or pay over to the marshal the intangible property proceeded against to the extent sufficient to satisfy the